UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHAD E. VINCENT ) | |
| Plaintiff, ) | |
| v. ) | NO. 2:09-0103 |
| ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE KNOWLES |
| CITY OF LIVINGSTON, TENNESSEE, ) | |
| et al., ) | |
| Defendant. ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 132), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Defendant's Motion for Summary Judgment (Docket No. 98) is GRANTED and all claims against Defendant City of Livingston, Tennessee are dismissed.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE