CHAD E. VINCENT )
          Plaintiff, )
v. ) NO. 2:09-0103
) JUDGE CAMPBELL
) MAGISTRATE JUDGE KNOWLES
W.B. MELTON, et al., )
          Defendant. )

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 136), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Defendants' Motion to Dismiss (Docket No. 105) is GRANTED and all claims against Defendants W.B. Melton, John McLeod, Overton County Sheriff's Department, Overton County Tennessee, Martha Thomas[1], Judy Parrigin, Keith Morrison[2], Judy Harris, Lisa Copeland, Casie Harris[3], Aaron Wright[4], Chris Maynard, Brandon Grogran, Tonya Yarbrough[5],

---

[1] Plaintiff incorrectly refers to this Defendant as Marti Thomas. The record reflects that Defendant's correct name is Martha Thomas. Docket No. 106 p. 1

[2] Plaintiff refers to this Defendant as "Sgt. Keith." The record reflects that Defendant's full name is Keith Morrison. Docket No. 106 p. 1

[3] Plaintiff incorrectly refers to this Defendant as Casey Harris  The record reflects that Defendant's correct name is Casie Harris. Docket No. 106 p. 1

[4] Plaintiff does not provide the last name of this Defendant. The record reflects that Defendant's correct name is Aaron Wright. Docket No. 106 p. 1

[5] Plaintiff incorrectly refers to this Defendant as Tonya Yarborough. The record reflects that Defendant's correct name is Tonya Yarbrough. Docket No. 106 p. 1

William Randolph[6], and Jennifer Julian are dismissed.  The remaining Defendants are (f/n/u)

Beaty, Southern Health Partners, Debbie Deck, and Nancy Weatherford.

      The docket sheet indicates that certain mail to Plaintiff since September 3, 2010 has been returned undelivered.  This matter is referred to the Magistrate Judge for a Report and Recommendation on whether the remainder of this case should be dismissed for failure to prosecute.

      IT IS SO ORDERED.

                                                          _Todd Campbell_
                                                     TODD J. CAMPBELL
                                                     UNITED STATES DISTRICT JUDGE

---

[6] Plaintiff refers to this Defendant as "CPL Randolph."  The record reflects that Defendant's correct name is William Randolph.  Docket No. 106 p. 1